No. 659. NEW YORK LIFE INS. CO. *v.* GRAHAM. January 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Louis H. Cooke, Raymond G. Wright, Harry B. Jones,* and *Robert E. Bronson* for petitioner. *Mr. Cyril D. Hill* for respondent.

Nos. 185 and 186. UNITED SHOE MACHINERY CORP. *v.* WHITE, COLLECTOR OF INTERNAL REVENUE; and

No. 187. SAME *v.* NICHOLS, FORMERLY COLLECTOR OF INTERNAL REVENUE. January 17, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Claude R. Branch* and *Edward H. Green* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *John G. Remey* for respondents. Reported below: 89 F. (2d) 363.

No. 568. F. W. WOOLWORTH CO. *v.* UNITED STATES; and

No. 653. UNITED STATES *v.* F. W. WOOLWORTH CO. January 17, 1938. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John L. McMaster* for petitioner in No. 568 and respondent in No. 653. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *F. E. Youngman* for the United States. Reported below: 91 F. (2d) 973.